UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| KATHERINE MAE ARMSTEAD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 2:18-CV-39-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 31]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 17], DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action to the Commissioner under sentence six of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 30, 2019, and Copies To:**

| | |
|---|---|
| Katherine Mae Armstead | (Sent to 243 Mexico Road Edenton, NC 27932 via US Mail) |
| Wanda Mason | (via CM/ECF electronic notification) |

DATE:
August 30, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk