IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. No. 2:18-cv-00039-D

KATHERINE M. ARMSTEAD, )
)
Plaintiff, )
)
v. )
) REMAND ORDER
KILOLO KIJAKAZI, )
Acting Commissioner of Social )
Security, )
)
Defendant. )

This matter is before the Court on Plaintiff's appeal from the Commissioner's determination that she is not disabled. The Commissioner filed a Motion for Remand, requesting that this Court remand this case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Accordingly, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

SO ORDERED this __18__ day of July, 2022

JAMES C. DEVER III
United States District Judge